1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

ERIC BEVERLY,

       Defendant.

_____/

No. C 05-00370 WHA

**ORDER RE SECOND MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. 3582(c)(2)**

    In October 2009, defendant Eric Beverly filed a pro se motion to reduce his sentence pursuant to 18 U.S.C. 3582(c)(2) on the basis of new sentencing guidelines for crack cocaine offenses. The Federal Public Defender's Office, which represented defendant in his underlying criminal case, was appointed counsel for the purposes of assisting defendant with that motion. On March 16, 2010, an amended judgment was entered reducing defendant's sentence of imprisonment from 188 months to 180 months (Dkt. No. 84).

    Defendant then filed a second pro se motion to modify his sentence pursuant to 18 U.S.C. 3582(c)(2). Briefing was stayed pending the outcome of our court of appeals' decision in *United States v. Trearl Malone*, which was decided in December 2012. 503 Fed.Appx. 499 (9th Cir. 2012). Pursuant to General Order No. 66, the Federal Public Defender's Office is appointed to represent defendant. In accordance with Criminal Local Rule 44-2(a), after confirming with defendant that he consents to the representation, counsel should inform the Court of his or her appearance on behalf of defendant by filing a notice of appearance electronically. Counsel shall file such notice of appearance or a statement indicating why the

1  Federal Public Defender's Office cannot represent defendant with respect to this motion by

2  **AUGUST 16 AT NOON**.

3      The government and defendant shall file their responses regarding whether defendant

4  should be re-sentenced by **SEPTEMBER 6**.  The public defender should consult with defendant

5  before filing its memorandum.  Defendant's motion is also referred to the probation office,

6  which should submit its recommendation by **SEPTEMBER 6**.  No hearing will be scheduled at

7  this time.

8

9      **IT IS SO ORDERED.**

10

11  Dated:  August 7, 2013.

12                WILLIAM ALSUP
              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28